■ GENESEE COUNTY et al., Appellants, v SEDGWICK JAMES OF NEW YORK, INC., Formerly Known as FRED S. JAMES & CO.

OF NEW YORK, INC., Respondent. [653 NYS2d 899] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Mahoney, J. (Appeal from Order of Supreme Court, Genesee County, Mahoney, J.—Summary Judgment.) Present—Denman, P. J., Pine, Lawton, Balio and Boehm, JJ.